UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRANDI HERNDON, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:05CV2116 JCH |
| JC PENNEY COMPANY, INC., | ) |
| Defendant(s). | ) |

## ORDER OF REMAND

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is **REMANDED** to the Circuit Court of the City of St. Louis, State of Missouri.

Dated this 3rd day of April, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE